UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| NANCY BAUGUS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:11CV204 SNLJ |
| WAL-MART STORES, INC., | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on defendant Wal-Mart Stores, Inc.'s, Motion to Compel, #10, filed April 10, 2012.  Plaintiffs have failed to respond to defendant's motion, and the deadline for responding has passed.  In its motion, defendant states that it served interrogatories and a request for production of documents upon plaintiffs on or about February 1, 2012, but that plaintiffs have not provided any discovery responses.  Defendant also states that counsel has attempted to confer with counsel for plaintiffs in a good faith attempt to resolve this dispute prior to seeking relief from the Court but has been unsuccessful.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to compel, #10, is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiffs shall serve defendant with their responses to defendant's first interrogatories and first request for production of documents by **May 25, 2012**.  Plaintiffs shall promptly notify the Court when they have complied with this order.  Failure to comply may result in sanctions, including dismissal of this action and payment of defendant's attorney fees associated with its motion to compel.

Dated this  15th  day of May, 2012.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE